Peter Carl **BORMUTH**,
**Plaintiff-Appellant,**

v.

**COUNTY OF JACKSON,**
**Defendant-Appellee.**

No. 15-1869

United States Court of Appeals,
Sixth Circuit.

Decided and Filed: February 27, 2017

Before: COLE, Chief Judge; BOGGS, BATCHELDER, MOORE, CLAY, GIBBONS, ROGERS, SUTTON, COOK McKEAGUE, GRIFFIN, KETHLEDGE, WHITE, STRANCH, and DONALD, Circuit Judges.

## ORDER

A member of the en banc court sua sponte requested a poll in this case pursuant to 6 Cir. I.O.P. 35(e). A majority of the Judges of this Court in regular active service has voted for rehearing en banc of this case. Sixth Circuit Rule 35(b) provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandate is stayed,

and this case is restored to the docket as a pending appeal.